**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Russell M. Sarbo  &  Diana L. Sarbo, aka Diana L. Romonsky  Debtors | CHAPTER 13  BKY. NO. 12-22460 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Midland Mortgage as Servicer for MidFirst Bank and index same on the master mailing list.

                          Respectfully submitted,

                          **/s/ James C. Warmbrodt, Esquire**
                          James C. Warmbrodt, Esquire
                          jwarmbrodt@kmllawgroup.com
                          Attorney I.D. No. 42524
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106
                          Phone: 215-627-1322
                          Fax: 215-627-7734
                          Attorney for Movant/Applicant