**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> RUSSELL M SARBO <br> DIANA L SARBO <br>            Debtor(s) <br> RONDA J. WINNECOUR, <br> Standing Chapter 13 Trustee, <br>            Movant <br> vs. <br> MIDFIRST BANK SSB* <br><br>            Respondents | Case No. 12-22460CMB <br><br> Chapter 13 <br><br> Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| MIDFIRST BANK SSB* <br> ATTN BANKRUPTCY TRUSTEE PMTS* <br> 999 NW GRAND BLVD STE 100 <br> OKLAHOMA CITY, OK 73118 | Court claim# 10/Trustee CID# 43 |

The Movant further certifies that on 02/10/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour <br> RONDA J WINNECOUR PA ID #30399 <br> CHAPTER 13 TRUSTEE WD PA <br> 600 GRANT STREET |
| cc: debtor(s) <br>     original creditor <br>     putative creditor <br>     counsel for debtor(s) <br>     counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR <br> PITTSBURGH, PA  15219 <br> (412) 471-5566 <br> cmecf@chapter13trusteewdpa.com |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| RUSSELL M SARBO, DIANA L SARBO, 2417 RUTH STREET, NEW CASTLE, PA  16101 | PAULA J CIALELLA CERASI ESQ, 113 NORTH MERCER ST, NEW CASTLE, PA  16101 |
| ORIGINAL CREDITOR: MIDFIRST BANK SSB*, ATTN BANKRUPTCY TRUSTEE PMTS*, 999 NW GRAND BLVD STE 100, OKLAHOMA CITY, OK  73118 | |
| NEW CREDITOR: | |