**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/12/2017

IN RE:

RUSSELL M SARBO
DIANA L SARBO
2417 RUTH STREET
NEW CASTLE,  PA  16101
XXX-XX-4442          Debtor(s)

XXX-XX-4642

Case No.12-22460 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

  NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

  This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

  This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

  The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/12/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **MIDFIRST BANK SSB*** <br> ATTN BANKRUPTCY TRUSTEE PMTS* <br> 999 NW GRAND BLVD STE 100 <br> OKLAHOMA CITY, OK 73118 | Trustee Claim Number:1  INT %: 0.00% <br> Court Claim Number:10 <br> CLAIM: 0.00 <br> COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 6/12*FR CITIMORTGAGE-DOC 59 | CRED DESC: PRIMARY RES MORTGAGE REC <br> ACCOUNT NO.: 6173 |
| **FIRST NATIONAL BANK OF PA**** <br> C/O AAS - POB 129 <br> 2526 MONROEVILLE BLVD STE 103 <br> MONROEVILLE, PA 15146 | Trustee Claim Number:2  INT %: 0.00% <br> Court Claim Number:7-2 <br> CLAIM: 7,859.98 <br> COMMENT: 1718/SCH*UNS/SCH-PL*DKT | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 96824 |
| **ASSET ACCEPTANCE CORP** <br> POB 2036 <br> WARREN, MI 48090 | Trustee Claim Number:3  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: WFNNB/VICTORIAS SECRET | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...1625 |
| **ASSET ACCEPTANCE CORP** <br> POB 2036 <br> WARREN, MI 48090 | Trustee Claim Number:4  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...4612 |
| **ASSET ACCEPTANCE CORP** <br> POB 2036 <br> WARREN, MI 48090 | Trustee Claim Number:5  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: CHILDRENS PLACE/CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...6472 |
| **ASSET ACCEPTANCE CORP** <br> POB 2036 <br> WARREN, MI 48090 | Trustee Claim Number:6  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: FASHION BUG | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...4719 |
| **CBCS++** <br> POB 69 <br> COLUMBUS, OH 43216 | Trustee Claim Number:7  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH~VERIZON WIRELESS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...0001 |
| **CENTRAL PORTFOLIO CONTROL** <br> 6640 SHADY OAK ROAD # 300 <br> EDEN PRAIRIE, MN 55344 | Trustee Claim Number:8  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: HSBC | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: ...7382 |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number:9  INT %: 0.00% <br> Court Claim Number:12 <br> CLAIM: 7,254.29 <br> COMMENT: CITI | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4704 |
| **ASHLEY FUNDING SVCS LLC** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number:10 INT %: 0.00% <br> Court Claim Number:11 <br> CLAIM: 127.73 <br> COMMENT: 5371@LABCORP/SCH*CREDIT COLLECTION SRVS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4400 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: EMERGENCY RESOURCES MGMT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...0013 |
| **EASTERN ACCOUNT SYSTEM**<br>75 GLEN RD STE 110<br><br>SANDY HOOK, CT 06482 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH~COMCAST | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...2734 |
| **FIDELITY PROPERTIES**<br>POB 2055<br><br>ALLIANCE, OH 44601 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAWRENCE CNTY FMLY MED | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...5000 |
| **GC SERVICES**<br>6330 GULFTON STREET<br>POB 3026<br>HOUSTON, TX 77081 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISH NTWRK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...8703 |
| **AMERICAN INFOSOURCE LP AGENT FOR INSOL**<br>PO BOX 269093<br><br>OKLAHOMA CITY, OK 73126-9093 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,596.23<br>COMMENT: @...6426/SCH~LVNV~GEMB/WALMART | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4476 |
| **JAMESON HEALTH SYSTEM**<br>1211 WILMINGTON AVE<br><br>NEW CASTLE, PA 16105 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 3,691.05<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4442 |
| **JAMESON HEALTH SYSTEM**<br>1211 WILMINGTON AVE<br><br>NEW CASTLE, PA 16105 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ...3288 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS LP<br>POB 10675<br>GREENVILLE, SC 29603 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 5,949.60<br>COMMENT: UNS/SCH-PL*JUDGMENT*WNTS 0%*DKT | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9914 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS LP<br>POB 10675<br>GREENVILLE, SC 29603 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 2,270.18<br>COMMENT: UNS/SCH-PL*JUDGMENT*WNTS 0%*DKT | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7607 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 373.80<br>COMMENT: GEMB/JCPENNEY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3199 |

| Creditor | Trustee Claim | Court Claim | Cred Desc | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|
| **NCO FINANCIAL SYSTEMS INC(*)++** 507 PRUDENTIAL RD, HORSHAM, PA 19044 | 21 | | UNSECURED CREDITOR | ...2751 | 0.00 | NT ADR/SCH~UPMC PHYS SRVCS |
| **NCO FINANCIAL SYSTEMS INC(*)++** 507 PRUDENTIAL RD, HORSHAM, PA 19044 | 22 | | UNSECURED CREDITOR | ...8412 | 0.00 | NT ADR/SCH~UPMC |
| **NORTHLAND GROUP INC.** PO BOX 390905, MINNEAPOLIS, MN 55439 | 23 | | UNSECURED CREDITOR | ...6567 | 0.00 | MSW CAPITAL LLC/CHASE BANK |
| **PENN CREDIT CORP** POB 988*, HARRISBURG, PA 17108 | 24 | | UNSECURED CREDITOR | ...1779 | 0.00 | JAMESON MEM HOSP |
| **PENN CREDIT CORP** POB 988*, HARRISBURG, PA 17108 | 25 | | UNSECURED CREDITOR | ...2026 | 0.00 | JAMESON MEM HOSP |
| **PENN CREDIT CORP** POB 988*, HARRISBURG, PA 17108 | 26 | | UNSECURED CREDITOR | ...4064 | 0.00 | JAMESON MEM HOSP |
| **PENN CREDIT CORP** POB 988*, HARRISBURG, PA 17108 | 27 | | UNSECURED CREDITOR | ...6733 | 0.00 | JAMESON MEM HOSP |
| **PENN CREDIT CORP** POB 988*, HARRISBURG, PA 17108 | 28 | | UNSECURED CREDITOR | ...7666 | 0.00 | JAMESON MEM HOSP |
| **PENN CREDIT CORP** POB 988*, HARRISBURG, PA 17108 | 29 | | UNSECURED CREDITOR | ...7087 | 0.00 | JAMESON MEM HOSP |
| **PENN CREDIT CORP** POB 988*, HARRISBURG, PA 17108 | 30 | | UNSECURED CREDITOR | ...9180 | 0.00 | JAMESON MEM HOSP |

All Trustee Claim entries have INT %: 0.00%.

| Creditor | Address | Trustee Claim Number | Court Claim Number | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|---|
| PENN CREDIT CORP | POB 988* HARRISBURG, PA 17108 | 31 INT %: 0.00% | | 0.00 | JAMESON MEM HOSP | UNSECURED CREDITOR | ...7798 |
| PENN CREDIT CORP | POB 988* HARRISBURG, PA 17108 | 32 INT %: 0.00% | | 0.00 | JAMESON MEM HOSP | UNSECURED CREDITOR | ...5083 |
| PENN CREDIT CORP | POB 988* HARRISBURG, PA 17108 | 33 INT %: 0.00% | | 0.00 | JAMESON MEM HOSP | UNSECURED CREDITOR | ...1770 |
| PENN CREDIT CORP | POB 988* HARRISBURG, PA 17108 | 34 INT %: 0.00% | | 0.00 | JAMESON MEM HOSP | UNSECURED CREDITOR | ...5763 |
| PENN CREDIT CORP | POB 988* HARRISBURG, PA 17108 | 35 INT %: 0.00% | | 0.00 | JAMESON MEM HOSP | UNSECURED CREDITOR | ...0157 |
| PENN CREDIT CORP | POB 988* HARRISBURG, PA 17108 | 36 INT %: 0.00% | | 0.00 | JAMESON MEM HOSP | UNSECURED CREDITOR | ...1663 |
| PENN CREDIT CORP | POB 988* HARRISBURG, PA 17108 | 37 INT %: 0.00% | | 0.00 | JAMESON MEM HOSP | UNSECURED CREDITOR | ...3363 |
| QUANTUM3 GROUP LLC AGNT - CAPIO PARTNE | PO BOX 788 KIRKLAND, WA 98083-0788 | 38 INT %: 0.00% | 2 | 35.00 | NT/SCH~ST FRANCIS MEDICAL CNTR | UNSECURED CREDITOR | 240P |
| QUANTUM3 GROUP LLC AGNT - CAPIO PARTNE | PO BOX 788 KIRKLAND, WA 98083-0788 | 39 INT %: 0.00% | 3 | 149.80 | NT/SCH~ST FRANCIS NEW CASTLE MEDICAL CNTR | UNSECURED CREDITOR | 31NC |
| QUANTUM3 GROUP LLC AGNT - CAPIO PARTNE | PO BOX 788 KIRKLAND, WA 98083-0788 | 40 INT %: 0.00% | 4 | 35.00 | NT/SCH~ST FRANCIS MEDICAL CNTR | UNSECURED CREDITOR | 64OP |

| Creditor | Claim Info | Description |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - CAPIO PARTNE**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 35.00<br>COMMENT: NT/SCH~ST FRANCIS MEDICAL CNTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 93OP |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br><br>HERMITAGE, PA  16148 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 5,411.62<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6635 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 10<br><br>CLAIM: 24,778.38<br>COMMENT: CL 10 ARRS GOV $24788.38*THRU 5/12*FR CITIMORTGAGE-DOC 59*ARR PIF/CR/LT | CRED DESC: PRIMARY RES MORTGAGE ARR<br>ACCOUNT NO.: 6173 |