IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 12-22460CMB |
| Russell M. Sarbo | ) | |
| Diana L. Sarbo | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
|     Vs. | ) | |
| Russell M. Sarbo | ) | |
| Diana L. Sarbo | ) | |
|     Respondent(s) | ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **July 19, 2017 at 10:00 a.m. before Judge Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response with the Bankruptcy Court and serve a copy on the Trustee on or before **June 14, 2017.**

```
                              /s/ Ronda J. Winnecour
5/24/17                       Ronda J. Winnecour (PA I.D.#30399)
date                          Attorney and the Chapter 13 Trustee
                              U.S. Steel Tower – Suite 3250
                              600 Grant Street
                              Pittsburgh, PA  15219
                              cmecf@chapter13trusteewdpa.com
```

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-22460-CMB
Russell M Sarbo                                                         Chapter 13
Diana L Sarbo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw                    Page 1 of 2              Date Rcvd: May 25, 2017
                              Form ID: pdf900               Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
db/jdb         +Russell M Sarbo,    Diana L Sarbo,    2417 Ruth Street,    New Castle, PA 16101-5405
cr              CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
cr              Citimortgage Inc.,,    P. O. Box 14609,    Irving, TX 75014
13374187       +Apothaker & Associates,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13374189        CBCS,   P.O. Box 163250,    Columbus, OH 43216-3250
13374191        Citi Mortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
13443911        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13374198        ER Solutions, Inc,    PO Box 9004,    Renton, WA 98057-9004
13374196       +Eastern Account System,    Po Box 837,    Newtown, CT 06470-0837
13374199       +Fidelity Properties In,    Po Box 2055,    Alliance, OH 44601-0055
13374200       +First National Bank of PA,    4140 E. State Street,    Hermitage PA 16148-3401
13374185       +First National Bank of PA,    c/o AAS Debt Recovery Inc,    P.O. Box 129,
                 Monroeville PA 15146-0129
13374202       +GC Services,    6330 Gulfton St.,    Houston, TX 77081-1198
13374203      ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
                (address filed with court:    J.C. Christensen & Associates, Inc.,    P O Box 519,
                 Sauk Rapids, MN 56379)
13374204        Jacob Collection Group, LLC,    2623 West Oxford Loop,    Oxford, MS 38655-5442
13374205       +Jameson Care Center,    1211 Wilmington Avenue,    New Castle, PA 16105-2516
13374206       +Jameson Health Service,    1211 Wilmington Road,    New Castle, PA 16105-2516
14210921       +MidFirst Bank,    999 NW Grand Blvd., Ste 100,    Oklahoma City, OK 73118-6051
13378158       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego CA 92108-2709
13374210        NCO Financial Services,    Po Box 13570,    Philadelphia, PA 19101
13374211       +Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
13374212       +Penn Credit,    916 S. 14th St.,    Harrisburg, PA 17104-3425
13374213        Penn Credit Corporation,    916 S 14th St,    PO Box 988,    Harrisburg, PA 17108-0988

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com May 26 2017 00:51:42
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13374186        E-mail/Text: EBNProcessing@afni.com May 26 2017 00:56:27       Afni,    404 Brock Dr.,
                 PO Box 3517,    Bloomington, IL 61702-3517
13420411        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 26 2017 00:59:04
                 American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
                 Oklahoma City, OK  73126-9093
13456059        E-mail/PDF: resurgentbknotifications@resurgent.com May 26 2017 00:51:29
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of LabCorp,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13374188       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 26 2017 00:56:21       Asset Acceptance Llc,
                 Attn: Bankruptcy,    Po Box 2036,    Warren, MI 48090-2036
13374190        E-mail/Text: jessicajones@cpcrecovery.com May 26 2017 00:56:36
                 Central Portfolio Control, Inc,    6640 Shady Oak Road,    Ste #300,
                 Eden Prairie, MN 55344-7710
13374193       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 26 2017 00:56:42
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
13374194       +E-mail/Text: hariasdiaz@creditmanagementcompany.com May 26 2017 00:56:33
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13374207       +E-mail/PDF: resurgentbknotifications@resurgent.com May 26 2017 00:51:29       LVNV Funding,
                 PO Box 740281,    Houston, TX 77274-0281
13473389       +E-mail/PDF: resurgentbknotifications@resurgent.com May 26 2017 00:51:41       LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
13456060        E-mail/PDF: resurgentbknotifications@resurgent.com May 26 2017 00:51:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13374209        E-mail/Text: bankruptcydpt@mcmcg.com May 26 2017 00:56:24       Midland Credit Management, Inc.,
                 PO Box 60578,    Los Angeles, CA 90060-0578
13374214        E-mail/Text: nod.referrals@fedphe.com May 26 2017 00:56:04       Phelan, Hallinan & Schmieg, LLP,
                 One Penn Center at Suburban Station,    1617 John F. Kennedy Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
13374215       +E-mail/Text: bankolist@praxis-financial.com May 26 2017 00:56:31
                 Praxis Financial Solutions, Inc.,    7331 N. Lincoln Ave. Suite 8,    Lincolnwood, IL 60712-1766
13386601        E-mail/Text: bnc-quantum@quantum3group.com May 26 2017 00:56:10
                 Quantum3 Group LLC as agent for,    Capio Partners LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13986294        E-mail/PDF: rmscedi@recoverycorp.com May 26 2017 00:51:29
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 16

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                  Date Rcvd: May 25, 2017
                               Form ID: pdf900             Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
cr*            +MidFirst Bank,    999 NW Grand Blvd.,,    Ste 100,    Oklahoma City, OK 73118-6051
13374208*      +LVNV Funding Llc,    Po Box 740281,    Houston, TX 77274-0281
13374192      ##CitiFinancial,    PO Box 183172,    Columbus, OH 43218-3172
13374195     ##+E R Solutions, Inc.,    10750 Hammerly Blvd. #200,    Houston, TX 77043-2317
13374197     ##+Edwin A. Abrahamsen & Associates, PC,    Attn: Heather K. Woodruff, Esq.,    120 N. Keyser Ave.,
                Scranton, PA 18504-9701
13374201      ##Fulton, Friedman & Gullace, LLC,    PO Box 2123,    Warren, MI 48090-2123
13374216      ##Vision Financial Corp,    PO Box 460260,    Saint Louis, MO 63146-7260
                                                                                             TOTALS: 1, * 2, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paula J. Cialella    on behalf of Joint Debtor Diana L Sarbo paula@cialellalaw.com,
               jamil@cialellalaw.com;jennie@cialellalaw.com;cialellalaw@yahoo.com;r47858@notify.bestcase.com
              Paula J. Cialella    on behalf of Debtor Russell M Sarbo paula@cialellalaw.com,
               jamil@cialellalaw.com;jennie@cialellalaw.com;cialellalaw@yahoo.com;r47858@notify.bestcase.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```