## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **RUSSELL M. SARBO and** | : | **CASE NO. 12-22460-CMB** |
| **DIANA L. SARBO,** | : | |
|                   **Debtors.** | : | **CHAPTER 13** |
| | : | |
| **RUSSELL M. SARBO and** | : | **DOCUMENT NO. 81** |
| **DIANA L. SARBO,** | : | |
| | : | |
|                   **Debtors/Movants,** | : | |
| Vs. | : | |
| | : | |
| **AAS DEBT RECOVERY, INC., AFNI,** | : | |
| **APOTHAKER & ASSOCIATES, ASSET** | : | |
| **ACCEPTANCE, LLC, CBCS, CENTRAL** | : | |
| **PORTFOLIO CONTROL, INC., CITI** | : | |
| **MORTGAGE, CITIFINANCIAL,** | : | |
| **CREDIT COLLECTION SERVICES,** | : | |
| **CREDIT MANAGEMENT SERVICES,** | : | |
| **ER SOLUTIONS, INC., EASTERN** | : | |
| **ACCOUNT SYSTEM, EDWIN A.** | : | |
| **ABRAHAMSEN & ASSOC., PC, ER** | : | |
| **SOLUTION, INC., FIDELITY** | : | |
| **PROPERTIES, INC., FIRST NATIONAL** | : | |
| **BANK, FULTON, FRIEDMAN &** | : | |
| **GOLLACE, LLC., GC SERVICES, J.C.** | : | |
| **CHRISTENSEN & ASSOCIATES, INC.,** | : | |
| **JACOB COLLECTION GROUP, LLC.,** | : | |
| **JAMESON CARE CENTER, JAMESON** | : | |
| **HEALTH SERVICES, LVNV FUNDING,** | : | |
| **LVNV FUNDING, LLC., MIDLAND** | : | |
| **CREDIT MANAGEMENT INC., NCO** | : | |
| **FINANCIAL GROUP, INC., PENN** | : | |
| **CREDIT, PENN CREDIT CORP.,** | : | |
| **LLP., PRAXIS FINANCIAL SOLUTION** | : | |
| **VISION FINANCIAL CORP.,** | : | |
| **CHARLES O. ZEBLEY, TRUSTEE,** | : | |
| **UNITED STATES TRUSTEE**, | : | |
| | : | |
|                   **Respondents.** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO AVOID JUDICIAL LIEN

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Judicial Lien filed on June 16, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.

Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 5, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  07/18/2016              By:    */s/ Paula J. Cialella, Esquire*
                                        Paula J. Cialella, Esquire
                                        113 N. Mercer Street
                                        New Castle, PA  16101
                                        (724) 658-4417
                                        PA ID # 73264
                                        paula@cialellalaw.com