# PROCEEDING MEMO

Date: 07/19/2017 10:00 am

In re: Russell M Sarbo
    and Diana L. Sarbo

Bankruptcy No. 12-22460-CMB
Chapter: 13
Doc. # 72

**Appearances:** Paula Cialella for Debtors

**Movant(s):** . Winnecour / Pail / Bedford / (Katz)

**Respondent(s):** Paula J. Cialella, Esq. for Debtors

**Creditor(s):**

**Nature of Proceeding:** #72 Motion to Dismiss Case

**Additional Pleadings:** #73 Notice of Hearing
#78 Debtors' Response

**Judge's Notes:**

**Outcome:**

____Motion is GRANTED____Order Entered

____Motion is DENIED____Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
                                Respondent(s) brief due____days
                                Trustee's brief due____days

In month 62 of the plan, debtors would like to complete plan. Avoidance actions have been filed.

Per Trustee, enough on hand to complete the plan. Motion is withdrawn without prejudice.

Carlota M. Böhm
U.S. Bankruptcy Court

**FILED**

JUL 19 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA