**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In RE: | : | CASE NO. 12-22460-CMB |
| | : | |
| **RUSSELL M. SARBO and** | : | |
| **DIANA L. SARBO,** | : | |
| Debtors. | : | CHAPTER 13 |
| | : | |
| **RUSSELL M. SARBO and** | : | |
| **DIANA L. SARBO,** | : | |
| Debtors/Movants, | : | DOCUMENT NO. 79 |
| | : | |
| Vs. | : | |
| | : | |
| **LVNV FUNDING, LLC,** | : | |
| **c/o RESURGENT CAPITAL SERVICES,** | : | |
| **FIRST NATIONAL BANK,** | : | |
| **c/o AAS DEBT RECOVERY, INC.,** | : | |
| **CHARLES O. ZEBLEY, TRUSTEE,** | : | |
| **UNITED STATES TRUSTEE,** | : | |
| Respondents. | : | |

## ENTERED BY DEFAULT

### ORDER ON MOTION TO AVOID JUDICIAL LIENS

**AND NOW**, this  18th  day of  July , 2017, upon consideration of

Debtors' Motion to Avoid Judicial Liens, it is hereby **ORDERED, ADJUDGED AND**

**DECREED THAT:**

The following Judicial Liens of Respondents impair an exemption to which debtors

are entitled pursuant to 11 U.S.C. Section 522(d):

LVNV FUNDING, LLC. in the amount of $5,949.60 entered in the Court of

Common Pleas of Lawrence County, Pennsylvania at Docket No. 2010-21179.

FIRST NATIONAL BANK, in the amount of $7,859.98 entered in the Court of

Common Pleas of Lawrence County, Pennsylvania at Docket No. 2010-11718.

LVNV FUNDING, LLC, in the amount of $2,270.18 entered in the Court of Common Pleas of Lawrence County, Pennsylvania at Docket No. 2010-11797.

Therefore, the aforesaid judicial liens are hereby declared avoided and unenforceable in their entirety.

Dated: July 18, 2017

_____
United States Bankruptcy Judge    dms

FILED
7/18/17 1:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Russell M Sarbo
Diana L Sarbo
    Debtors

Case No. 12-22460-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw      Page 1 of 1      Date Rcvd: Jul 18, 2017
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2017.
db/jdb        +Russell M Sarbo,   Diana L Sarbo,   2417 Ruth Street,   New Castle, PA 16101-5405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2017 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paula J. Cialella    on behalf of Joint Debtor Diana L Sarbo paula@cialellalaw.com,
       jamil@cialellalaw.com;jennie@cialellalaw.com;cialellalaw@yahoo.com;r47858@notify.bestcase.com
      Paula J. Cialella    on behalf of Debtor Russell M Sarbo paula@cialellalaw.com,
       jamil@cialellalaw.com;jennie@cialellalaw.com;cialellalaw@yahoo.com;r47858@notify.bestcase.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      TOTAL: 5