# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  RUSSELL M SARBO<br>DIANA L SARBO<br>       Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>RUSSELL M SARBO<br>DIANA L SARBO<br><br>    Respondents | Case No.12-22460CMB<br><br>Chapter 13<br><br>89<br>Document No._____ |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __13th__ day of __September__, 20_7_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Inmetco<br>
Attn: Payroll Manager<br>
1 Inmetco Dr<br>
Ellwood City, PA 16117

is hereby ordered to immediately terminate the attachment of the wages of RUSSELL M SARBO, social security number XXX-XX-4442. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RUSSELL M SARBO.

~~FURTHER ORDERED:~~

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

*/s/ Carlota M. Böhm*
**dms**
UNITED STATES BANKRUPTCY JUDGE

FILED
9/13/17 11:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Russell M Sarbo
Diana L Sarbo
    Debtors

Case No. 12-22460-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Sep 13, 2017
                         Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2017.
db/jdb         +Russell M Sarbo,    Diana L Sarbo,    2417 Ruth Street,    New Castle, PA 16101-5405
                +Inmetco,    Atten: Payroll,    1 Inmetco Dr.,    Ellwood City, PA 16117-6231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2017 at the address(es) listed below:
         James    Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
         James    Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Paula J. Cialella    on behalf of Joint Debtor Diana L Sarbo paula@cialellalaw.com,
          jamil@cialellalaw.com;jennie@cialellalaw.com;cialellalaw@yahoo.com;r47858@notify.bestcase.com
         Paula J. Cialella    on behalf of Debtor Russell M Sarbo paula@cialellalaw.com,
          jamil@cialellalaw.com;jennie@cialellalaw.com;cialellalaw@yahoo.com;r47858@notify.bestcase.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                      TOTAL: 6