Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Russell M Sarbo
Diana L Sarbo
aka Diana L Romonsky**
    Debtor(s)

Bankruptcy Case No.: 12−22460−CMB

Chapter: 13
Docket No.: 94 − 93

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this 26th day of October, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/30/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/20/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/30/17.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-22460-CMB
Russell M Sarbo                                                         Chapter 13
Diana L Sarbo
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 2             Date Rcvd: Oct 26, 2017
                              Form ID: 408            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2017.
```
db/jdb         +Russell M Sarbo,    Diana L Sarbo,    2417 Ruth Street,    New Castle, PA 16101-5405
cr              CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD   57117-6030
cr              Citimortgage Inc.,,    P. O. Box 14609,    Irving, TX   75014
13374187       +Apothaker & Associates,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13374189        CBCS,   P.O. Box 163250,    Columbus, OH 43216-3250
13374191        Citi Mortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
13443911        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13374198        ER Solutions, Inc,    PO Box 9004,    Renton, WA 98057-9004
13374196       +Eastern Account System,    Po Box 837,    Newtown, CT 06470-0837
13374199       +Fidelity Properties In,    Po Box 2055,    Alliance, OH 44601-0055
13374185       +First National Bank of PA,    c/o AAS Debt Recovery Inc,    P.O. Box 129,
                 Monroeville PA 15146-0129
13374200       +First National Bank of PA,    4140 E. State Street,    Hermitage PA 16148-3401
13374202       +GC Services,    6330 Gulfton St.,    Houston, TX 77081-1198
13374203       ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
                 (address filed with court: J.C. Christensen & Associates, Inc.,     P O Box 519,
                 Sauk Rapids, MN 56379)
13374204        Jacob Collection Group, LLC,    2623 West Oxford Loop,    Oxford, MS 38655-5442
13374205       +Jameson Care Center,    1211 Wilmington Avenue,    New Castle, PA 16105-2516
13374206       +Jameson Health Service,    1211 Wilmington Road,    New Castle, PA 16105-2516
14210921       +MidFirst Bank,    999 NW Grand Blvd., Ste 100,    Oklahoma City, OK 73118-6051
13374210        NCO Financial Services,    Po Box 13570,    Philadelphia, PA 19101
13374211       +Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
13374212       +Penn Credit,    916 S. 14th St.,    Harrisburg, PA 17104-3425
13374213        Penn Credit Corporation,    916 S 14th St,    PO Box 988,   Harrisburg, PA 17108-0988
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2017 02:06:16
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL   33131-1605
13374186        E-mail/Text: EBNProcessing@afni.com Oct 27 2017 01:53:33      Afni,    404 Brock Dr.,
                 PO Box 3517,    Bloomington, IL 61702-3517
13420411        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 27 2017 02:14:56
                 American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
                 Oklahoma City, OK   73126-9093
13456059        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 02:06:27
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of LabCorp,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13374188       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 27 2017 01:53:08      Asset Acceptance Llc,
                 Attn: Bankruptcy,    Po Box 2036,   Warren, MI 48090-2036
13374190        E-mail/Text: jessicajones@cpcrecovery.com Oct 27 2017 01:54:16
                 Central Portfolio Control, Inc,    6640 Shady Oak Road,    Ste #300,
                 Eden Prairie, MN 55344-7710
13374193       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 27 2017 01:54:40
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
13374194       +E-mail/Text: kcarter@creditmanagementcompany.com Oct 27 2017 01:54:08      Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13374207       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 02:07:04      LVNV Funding,
                 PO Box 740281,    Houston, TX 77274-0281
13473389       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 02:07:01      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
13456060        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 27 2017 02:06:56
                 LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13374209        E-mail/Text: bankruptcydpt@mcmcg.com Oct 27 2017 01:53:15      Midland Credit Management, Inc.,
                 PO Box 60578,    Los Angeles, CA 90060-0578
13378158       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 27 2017 01:53:15      Midland Credit Management, Inc.,
                 2365 Northside Drive, Suite 300,    San Diego CA 92108-2709
13374214        E-mail/Text: nod.referrals@fedphe.com Oct 27 2017 01:52:12      Phelan, Hallinan & Schmieg, LLP,
                 One Penn Center at Suburban Station,    1617 John F. Kennedy Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
13374215       +E-mail/Text: bankolist@praxis-financial.com Oct 27 2017 01:53:46
                 Praxis Financial Solutions, Inc.,    7331 N. Lincoln Ave. Suite 8,    Lincolnwood, IL 60712-1766
13386601        E-mail/Text: bnc-quantum@quantum3group.com Oct 27 2017 01:52:41
                 Quantum3 Group LLC as agent for,    Capio Partners LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13986294        E-mail/PDF: rmscedi@recoverycorp.com Oct 27 2017 02:07:32
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 17
```

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                  Date Rcvd: Oct 26, 2017
                               Form ID: 408                Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
cr*            +MidFirst Bank,    999 NW Grand Blvd.,,    Ste 100,    Oklahoma City, OK 73118-6051
13374208*      +LVNV Funding Llc,    Po Box 740281,    Houston, TX 77274-0281
13374192      ##CitiFinancial,    PO Box 183172,    Columbus, OH 43218-3172
13374195     ##+E R Solutions, Inc.,    10750 Hammerly Blvd. #200,    Houston, TX 77043-2317
13374197     ##+Edwin A. Abrahamsen & Associates, PC,    Attn: Heather K. Woodruff, Esq.,    120 N. Keyser Ave.,
                Scranton, PA 18504-9701
13374201      ##Fulton, Friedman & Gullace, LLC,    PO Box 2123,    Warren, MI 48090-2123
13374216      ##Vision Financial Corp,    PO Box 460260,    Saint Louis, MO 63146-7260
                                                                                              TOTALS: 1, * 2, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2017 at the address(es) listed below:
              James  Warmbrodt     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor     MIDFIRST BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Paula J. Cialella    on behalf of Joint Debtor Diana L Sarbo paula@cialellalaw.com,
               jennie@nypalaw.com;kayann@nypalaw.com
              Paula J. Cialella    on behalf of Debtor Russell M Sarbo paula@cialellalaw.com,
               jennie@nypalaw.com;kayann@nypalaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```