**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   RUSSELL M SARBO
   DIANA L SARBO
        Debtor(s)

Ronda J. Winnecour
       Movant
   vs.
No Repondents.

Case No.:12-22460

Chapter 13

RE Document No.: 93

**ORDER OF COURT**    **BY DEFAULT**

AND NOW, this __4th__ day of __December__, 20__17__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**FILED**

DEC 0 4 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 12-22460-CMB
Russell M Sarbo                                                                 Chapter 13
Diana L Sarbo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: amaz              Page 1 of 2                Date Rcvd: Dec 04, 2017
                             Form ID: pdf900        Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
```
db/jdb         +Russell M Sarbo,    Diana L Sarbo,    2417 Ruth Street,    New Castle, PA 16101-5405
cr              CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD  57117-6030
cr              Citimortgage Inc.,,    P. O. Box 14609,    Irving, TX  75014
13374187       +Apothaker & Associates,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13374189        CBCS,   P.O. Box 163250,    Columbus, OH 43216-3250
13374191        Citi Mortgage,   PO Box 6243,    Sioux Falls, SD 57117-6243
13443911        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13374198        ER Solutions, Inc,    PO Box 9004,    Renton, WA 98057-9004
13374196       +Eastern Account System,    Po Box 837,    Newtown, CT 06470-0837
13374199       +Fidelity Properties In,    Po Box 2055,    Alliance, OH 44601-0055
13374185       +First National Bank of PA,    c/o AAS Debt Recovery Inc,    P.O. Box 129,
                 Monroeville PA 15146-0129
13374200       +First National Bank of PA,    4140 E. State Street,    Hermitage PA 16148-3401
13374202       +GC Services,   6330 Gulfton St.,    Houston, TX 77081-1198
13374203      ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court: J.C. Christensen & Associates, Inc.,     P O Box 519,
                 Sauk Rapids, MN 56379)
13374204        Jacob Collection Group, LLC,    2623 West Oxford Loop,    Oxford, MS 38655-5442
13374205       +Jameson Care Center,    1211 Wilmington Avenue,    New Castle, PA 16105-2516
13374206       +Jameson Health Service,    1211 Wilmington Road,    New Castle, PA 16105-2516
14210921       +MidFirst Bank,    999 NW Grand Blvd., Ste 100,    Oklahoma City, OK 73118-6051
13374210        NCO Financial Services,    Po Box 13570,    Philadelphia, PA 19101
13374211       +Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
13374212       +Penn Credit,    916 S. 14th St.,    Harrisburg, PA 17104-3425
13374213        Penn Credit Corporation,    916 S 14th St,    PO Box 988,    Harrisburg, PA 17108-0988
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Dec 05 2017 01:20:51
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13374186        E-mail/Text: EBNProcessing@afni.com Dec 05 2017 01:25:05      Afni,    404 Brock Dr.,
                 PO Box 3517,    Bloomington, IL 61702-3517
13420411        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2017 01:28:15
                 American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
                 Oklahoma City, OK  73126-9093
13456059        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2017 01:28:15
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of LabCorp,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13374188       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 05 2017 01:24:56       Asset Acceptance Llc,
                 Attn: Bankruptcy,    Po Box 2036,    Warren, MI 48090-2036
13374190        E-mail/Text: jessicajones@cpcrecovery.com Dec 05 2017 01:25:14
                 Central Portfolio Control, Inc,    6640 Shady Oak Road,    Ste #300,
                 Eden Prairie, MN 55344-7710
13374193       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 05 2017 01:25:19
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
13374194       +E-mail/Text: kcarter@creditmanagementcompany.com Dec 05 2017 01:25:12       Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13374207       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2017 01:28:23       LVNV Funding,
                 PO Box 740281,    Houston, TX 77274-0281
13473389       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2017 01:28:07       LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
13456060        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2017 01:28:07
                 LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13374209        E-mail/Text: bankruptcydpt@mcmcg.com Dec 05 2017 01:25:00      Midland Credit Management, Inc.,
                 PO Box 60578,    Los Angeles, CA 90060-0578
13378158       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 05 2017 01:25:00      Midland Credit Management, Inc.,
                 2365 Northside Drive, Suite 300,    San Diego CA 92108-2709
13374214        E-mail/Text: nod.referrals@fedphe.com Dec 05 2017 01:24:38      Phelan, Hallinan & Schmieg, LLP,
                 One Penn Center at Suburban Station,    1617 John F. Kennedy Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
13374215       +E-mail/Text: bankolist@praxis-financial.com Dec 05 2017 01:25:07
                 Praxis Financial Solutions, Inc.,    7331 N. Lincoln Ave. Suite 8,    Lincolnwood, IL 60712-1766
13386601        E-mail/Text: bnc-quantum@quantum3group.com Dec 05 2017 01:24:45
                 Quantum3 Group LLC as agent for,    Capio Partners LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13986294        E-mail/PDF: rmscedi@recoverycorp.com Dec 05 2017 01:20:51
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 17
```

```
District/off: 0315-2           User: amaz                  Page 2 of 2                  Date Rcvd: Dec 04, 2017
                               Form ID: pdf900             Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
cr*            +MidFirst Bank,    999 NW Grand Blvd.,,    Ste 100,    Oklahoma City, OK 73118-6051
13374208*      +LVNV Funding Llc,    Po Box 740281,    Houston, TX 77274-0281
13374192      ##CitiFinancial,    PO Box 183172,    Columbus, OH 43218-3172
13374195     ##+E R Solutions, Inc.,    10750 Hammerly Blvd. #200,    Houston, TX 77043-2317
13374197     ##+Edwin A. Abrahamsen & Associates, PC,    Attn: Heather K. Woodruff, Esq.,    120 N. Keyser Ave.,
                Scranton, PA 18504-9701
13374201      ##Fulton, Friedman & Gullace, LLC,    PO Box 2123,    Warren, MI 48090-2123
13374216      ##Vision Financial Corp,    PO Box 460260,    Saint Louis, MO 63146-7260
                                                                                         TOTALS: 1, * 2, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paula J. Cialella     on behalf of Joint Debtor Diana L Sarbo paula@cialellalaw.com,
               jennie@nypalaw.com;kayann@nypalaw.com
              Paula J. Cialella     on behalf of Debtor Russell M Sarbo paula@cialellalaw.com,
               jennie@nypalaw.com;kayann@nypalaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```